UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA SPENCER HILL,

    Plaintiff,

v.

WARDEN,

    Defendant.

Case No. 20-cv-03326-BLF (PR)

**ORDER OF TRANSER**

Plaintiff, who is currently being held at the California Men's Colony in San Luis Obispo, California, filed a *pro se* civil rights complaint against prison officials at California Correctional Center ("CCC") in Susanville, California, where he was formally incarcerated. Because the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** __May 20, 2020_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.20\03326Hill_transfer (ED)