1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSHUA SPENCER HILL,                    No.  2:20-cv-01033-TLN-KJN

12                    Plaintiff,

13         v.                                 **ORDER**

14    WARDEN,

15                    Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 15, 2020, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has not filed

23    objections to the findings and recommendations.

24         The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    ///

28    ///

                                        1

1      1.  The findings and recommendations filed July 15, 2020 (ECF No. 11), are ADOPTED

2  IN FULL; and

3      2.  Plaintiff's Complaint is DISMISSED without prejudice.

4      3.  The Clerk of the Court is directed to close this case.

5      IT IS SO ORDERED.

6  DATED:  August 25, 2020

7

8

9                                              Troy L. Nunley
                                               United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28